**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and
Andrew W. Alexander, a minor
child, by his mother and natural
guardian, Georgina Y. Stephens,

Plaintiffs, Civil No. 01-633 (RHK/JMM)

v. **ORDER**

Mary Jo A Jensen-Carter,

Defendant.

---

The above matter is referred to Magistrate Judge John M. Mason for a recommended disposition of the Motion for Injunctive Relief.

Dated: April 18, 2001

RICHARD H. KYLE
United States District Judge



FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK