UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGINA Y. STEPHENS and ANDREW W. ALEXANDER, a minor child, by his mother and natural guardian, Georgina Y. Stephens,

Plaintiffs,

CIVIL NO. 01-633 (RHK/JMM)

v.

ORDER

MARY JO A. JENSEN-CARTER,

Defendant.

The above matter came on for hearing before the undersigned on June 1, 2001 upon Plaintiffs' Motion for Preliminary Injunction [Docket Nos. 2, 8]. Karl Oliver, Esq. appeared on behalf of Plaintiff; Defendant appeared *pro se.*

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED as follows: Pursuant to the provisions of Rule 11(c)(1)(B) of the Federal Rules of Civil Procedure, Plaintiffs and their attorney are advised that it appears that their Motion for Preliminary Injunction [Docket Nos. 2, 8] may violate Rule 11(b). Plaintiffs and their attorney shall appear before this Court at 10:00 a.m. on July 6, 2001 in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, and show cause why they should not be sanctioned under Rule 11, unless, prior to said time, Plaintiffs' Motion for Preliminary Injunction is withdrawn in a writing filed with the Clerk of Court.

Dated: June 5, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**MEMORANDUM**

At the hearing on Plaintiff's Motion, the Court placed on the record some of the reasons why it appears that the Motion, and perhaps also the Complaint in this action, do not comply with the provisions of Rule 11(b) of the Federal Rules of Civil Procedure. While it is not clear that sanctions initiated under Rule 11(c)(1)(B) provide to a party or an attorney a "safe harbor" from sanctions by withdrawing the pleading in question, the Court has determined to afford that opportunity to Plaintiffs and their attorney in this matter.

By scheduling the July 6, 2001 hearing, the Court also affords to Defendant the opportunity, if appropriate, to follow the procedures set forth in Rule 11(c)(1)(A) with respect to the Complaint. At the June 1, 2001 hearing, Defendant chose to appear *pro se.* It is to be hoped that litigation counsel will be retained for future proceedings.

J.M.M.