UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGINA Y. STEPHENS and ANDREW W. ALEXANDER, a minor child, by his mother and natural guardian, Georgina Y. Stephens,

Plaintiffs,

v.

MARY JO A. JENSEN-CARTER,

Defendant.

CIVIL NO. 01-633 (RHK/JMM)

ORDER

At a hearing on June 1, 2001, and by written Order dated June 5, 2001 [Docket No. 14], this Court established a process by which it could be determined whether the presentation of Plaintiffs' Motion for Preliminary Injunction [Docket Nos. 2, 8] violated the provisions of Rule 11(b) of the Federal Rules of Civil Procedure, pursuant to the provisions of Rule 11(c)(1)(B). The Court further specified that the hearing would go forward unless the Motion for Preliminary Injunction were withdrawn prior to the hearing, affording to Plaintiffs and their counsel the "safe harbor" provisions of Rule 11(c)(1)(A). The Order to Show Cause affords to Plaintiffs and their counsel an opportunity to present such evidence or argument as may be desired which has a bearing on whether "the claims, defenses, and other legal contentions [in the Motion for Preliminary Injunction] are warranted by existing law." (No argument has been presented for the extension, modification, or reversal of existing law or the establishment of new law).

The Court stated on the record some of the reasons why it had been made to appear that Rule 11 (b)(2) may have been violated by the presentation of the Motion.

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(At the hearing, counsel for Defendant contended that the Motion was presented for an improper purpose in violation of Rule 11(b)(1), but has made no motion seeking sanctions on that basis.)

The Court today received a letter from counsel for Plaintiffs seeking "clarification" of the June 5, 2001 Order and Memorandum. Counsel professes doubt as to the specific conduct that appears to violate subdivision (b). No Rule of this Court authorizes such a communication. However, the Court will treat the letter as a request for permission to make a Motion to Reconsider under Local Rule 7.1(g).

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Motion to Reconsider is denied. It is abundantly clear that the conduct at issue is Plaintiffs' presentation of their Motion for Preliminary Injunction which may violate the provisions of Rule 11(b)(2) of the Federal Rules of Civil Procedure.

Dated: June 14, 2001

JOHN M. MASON
United States Magistrate Judge