**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and
Andrew W. Alexander, a minor child,
by his mother and natural guardian,
Georgina Y. Stephens,

Plaintiffs,

Civil No. 01-633 RHK/JMM

v.

**ORDER**

Mary Jo A. Jensen-Carter, Trustee,

Defendant.

---

Plaintiffs have appealed from the June 5 and June 14 Orders of Magistrate Judge John M. Mason. They have also filed a Motion to Stay Show Cause Hearing and Related Relief. Both parties have submitted memoranda.

The Court has reviewed the file, including the transcript of the June 1st hearing before Judge Mason. The Orders appealed from are neither clearly erroneous nor contrary to law. The motion to stay the scheduled hearing on July 6th is without merit.

Based upon all the files, records, and proceedings herein, **IT IS ORDERED** that

1. the June 5, 2001 Order (Doc. No. 14) is **AFFIRMED**;

2. the June 14, 2001 Order (Doc. No. 17) is **AFFIRMED**; and

3. the Motion to Stay Show Cause Hearing and Related Relief (Doc. No. 18) is **DENIED**.

July 3, 2001

RICHARD H. KYLE
United States District Judge

FILED JUL 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________