**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and Andrew W. Alexander, a minor child, by his mother and natural guardian, Georgina Y. Stephens,

Civil No. 01-633 (RHK/JMM)

Plaintiffs,

v.

**ORDER**

Mary Jo A. Jensen-Carter,

Defendant.

and

Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander,

Civil No. 01-CV-1087 (RHK/JMM)

Plaintiff,

vs.

Larry K. Alexander, Georgina Y. Stephens, John Doe and Mary Roe, et al.,

Defendants.

---

The Motions in each of the above matters, now scheduled for hearing before the undersigned on August 15, 2001, are referred to Magistrate Judge John M. Mason for recommended disposition. The Motions of Georgina Y. Stephens, referenced in counsel Oliver's letter to the Court, are also referred to Judge Mason. The August 15 hearing date



AUG 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

is **CANCELED**; Judge Mason will advise the parties of a new hearing date and determine whether the recently filed Motions should be heard on the same date.

Dated: August 13, 2001

RICHARD H. KYLE
United States District Judge

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500