UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGINA Y. STEPHENS and
ANDREW W. ALEXANDER, a minor child,
by his mother and natural guardian,
Georgina Y. Stephens,

Civil No. 01-633 (RHK/JMM)

Plaintiffs,

v.

**THIRD AMENDED** ORDER FOR
PRETRIAL CONFERENCE/
ORDER FOR SANCTIONS

MARY JO A. JENSEN-CARTER,

Defendant.

TO: Plaintiffs above named and to Karl A. Oliver, Esq., Oliver & Associates, 1935 County Road B2 West, Suite 415, Roseville, MN 55113, attorneys for Plaintiffs;

Defendant above named and to Valdis A. Silins, Esq., Stephenson & Sanford, 501 Marquette Avenue, Suite 1440, Minneapolis, MN 55402, attorneys for Defendant.

IT IS HEREBY ORDERED that counsel for Plaintiffs shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on **September 26, 2001 at 10:15 a.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Filed SEP 17 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

No later than September 20, 2001, counsel shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to chambers of this Court, Room 610, 316 North Robert Street, St. Paul, Minnesota, no later than September 20, 2001. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court.

No later than September 24, 2001, counsel for Plaintiff and counsel for Defendant shall each pay to the Clerk of Court the sum of $250 as a sanction for their failure to comply with the Orders of this Court, and Rule 16(f) of the Federal Rules of Civil Procedure.

Dated: September 17, 2001

JOHN M. MASON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500