UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGINA Y. STEPHENS and ANDREW W. ALEXANDER, a minor child, by his mother and natural guardian, Georgina Y. Stephens,

Plaintiffs,

v.

MARY JO A. JENSEN-CARTER,

Defendant.

CIVIL NO. 01-633 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on August 17, 2001 upon Defendant's Motion to Dismiss and for Sanctions [Docket Nos. 28, 31]. Karl Oliver, Esq. appeared on behalf of Plaintiffs; Valdis Silins, Esq. appeared on behalf of Defendant. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that all proceedings as to Counts III through VII of the Amended Complaint are stayed until further Order of this Court. The parties shall promptly notify this Court of the disposition of the issues raised in the matter of Jensen-Carter v. Alexander, 01-1087 (RHK/JMM) by the courts of the State of Minnesota.

Dated: September 19, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

In a separate Report and Recommendation, we have recommended that the Motion to Dismiss Counts I and II of the Amended Complaint be granted by the District

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Court. Those Counts seek declaratory judgment concerning the ownership rights to property located generally at 875 Laurel Avenue, St. Paul, Minnesota. In Jensen-Carter v. Alexander, 01-1087, an unlawful detainer action concerning the same property, we have recommended that the District Court remand the proceeding to the courts of the State of Minnesota from which it was improperly removed. This Order stays the remaining Counts asserted in the Amended Complaint in the instant action.[1] Following this process will permit courts to consider and resolve any remaining legal issues in a manner which is the most prompt and expeditious, and in a sequence which will serve to minimize cost, expense and attorneys fees to the parties.

J.M.M.

---

[1] The stay is without prejudice to Defendant's claim that these Counts should also be dismissed, which we do not address at this time as a matter of judicial economy.

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500