**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and Andrew W. Alexander, a minor child, by his mother and natural guardian, Georgina Y. Stephens,

Plaintiffs,

v.

Mary Jo A. Jensen-Carter,

Defendant.

Civil No. 01-633 (RHK/JMM)

**ORDER**

---

Plaintiffs have appealed the September 19, 2001 Order of Magistrate Judge John M. Mason in which Judge Mason stayed all proceedings as to Counts III-VII of the Amended Complaint. Finding Judge Mason's determination to be neither clearly erroneous nor contrary to law, said Order (Doc. No. 62) is **AFFIRMED**.

Dated: October 24, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK