**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and
Andrew W. Alexander, a minor
child, by his mother and natural
guardian, Georgina Y. Stephens,

Civil No. 01-633 (RHK/JMM)

Plaintiffs,

**ORDER**

v.

Mary Jo A. Jensen-Carter,

Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge John M. Mason dated September 29, 2001. The Court has reviewed de novo that portion of the R&R to which Plaintiffs have filed Objections.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiffs' Objections (Doc. No. 70) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 63) is **ADOPTED**;

3. Defendant's Motions to Dismiss and for Sanctions (Doc. Nos. 28 and 31) are **GRANTED** as to Counts I and II of the Amended Complaint;

4. Counts I and II of the Amended Complaint may be, and hereby are, **DISMISSED WITHOUT PREJUDICE**; and

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. The Motions are in all other respects **DENIED**.

Dated: October 24, 2001

RICHARD H. KYLE
United States District Judge