**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and
Andrew W. Alexander, a minor
child, by his mother and natural
guardian, Georgina Y. Stephens,

Plaintiffs,

Civil No. 01-633 (RHK/JMM)

v.

**ORDER**

Mary Jo A Jensen-Carter,

Defendant.

---

By Order dated October 24, 2001, this Court affirmed Judge Mason's determination to stay all proceedings as to Counts III - VII of the Amended Complaint until further Order of the Court. Accordingly, this Court's February 4, 2002 Order setting the above matter as ready for trial as of July 1, 2002 is **VACATED** as to CV-01-633. The parties shall promptly notify this Court of the disposition of the issues raised in CV-01-1087 by the courts of the State of Minnesota.

Dated: February 6, 2002

RICHARD H. KYLE
United States District Judge

FEB 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK