RECEIVED
05 JAN -5 AM 9:04
CLERK U.S. DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens and Andrew W. Alexander, a minor child, by his mother and natural guardian Georgina Y. Stephens,

Plaintiff,

v.

Mary Jo A. Jensen-Carter,

Defendant

Civil Case No. 01-CV-633 RHK/AJB

RHK/AJB

**MOTION TO REOPEN CASE**

---

**PLEASE TAKE NOTICE** that Plaintiff Georgina Yvonne Stephens ("Plaintiff") moves Judge Richard H. Kyle, United States District Court or another judge of the United States District Court to Reopen the above captioned case *sua sponte*, which was improvidently closed on or about January 13, 2003.

That the record in the above captioned case supports that the United States District Court dismissed Counts I and II in Plaintiff's Complaint without prejudice, in favor of the Ramsey County District Court on October 24, 2001 and stayed further proceedings regarding Counts III through VII until certain State Court proceedings in connection with Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander v. Larry K. Alexander, Georgina Y. Stephens, John Doe, Mary Roe et al., federal case file 01-CV-1087 were resolved, attached as "Exhibit A".

Furthermore, by Order of this Court, Plaintiff and Defendant. Mary Jo A. Jensen-Carter ("Defendant") were required to inform the Court of the "*disposition of the issues in CV-01-1087 by the courts of the State of Minnesota*", attached as "Exhibit B". Such State Court litigation was resolved by summary judgment in Plaintiff's favor, attached as "Exhibit C" and all state court proceedings became final on or about July 21, 2004, when the Minnesota Court of Appeals

SCANNED
JAN 06 2005
U.S. DISTRICT COURT ST. PAUL

entered an order dismissing Defendant's appeal of a judgment of the Ramsey County District Court, attached as "Exhibit D". Plaintiff herewith informs the Court.

Accordingly, based upon the unresolved status of Counts III through VII and Plaintiff's desire to have the merits of Counts III through VII addressed she moves this Court to reopen the closed case.

Georgina Yvonne Stephens
Georgina Yvonne Stephens
Plaintiff Pro Se
875 Laurel Avenue
St. Paul, Minnesota 55104
651-222-5515

Dated: January 4, 2005