**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Georgina Y. Stephens,** **Case File No. 01-CV-633**
RHK/AJB

**Plaintiff,**

**v.**

**Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander,**

Defendant,

State of Minnesota )
) ss.
County of Ramsey )

Georgina Yvonne Stephens, being duly sworn upon oath states that she served the attached (1) Notice of Motion and Motion to Reopen Closed Federal Case, 01-CV-633 upon the following:

Michael J. Iannacone, Esq.
Attorney for Mary Jo A. Jensen-Carter
8687 Eagle Point Blvd
Lake Elmo, Minnesota 55042

By personal service, leaving a true and accurate copy of said documents with a person of suitable age and discretion located at said office.

Georgina Yvonne Stephens
Georgina Yvonne Stephens

This Affidavit was Subscribed and Sworn this 5 day of January 2005

JACQUELINE A. BLAKEY
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2005

Jacqueline A. Blakey
Notary Public

SCANNED
JAN 06 2005
U.S. DISTRICT COURT ST. PAUL