**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Georgina Y. Stephens, Andrew W.
Alexander, a minor child, by his mother
and natural guardian, Georgina Y. Stephens,,

Plaintiff,

Civil No. 01-633 (RHK/AJB)

v.

**ORDER**

Mary Jo A. Jensen-Carter,

Defendant.

---

By February 2, 2005, Defendant shall serve and file a response to Plaintiff's Motion to Reopen Case (attached).

Dated: January 18, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge