**GEORGINA Y. STEPHENS**
**875 LAUREL AVENUE**
**ST. PAUL, MINNESOTA 55104**
**TELEPHONE 651-222-5515**

RECEIVED
05 APR -4 PM 3:29
CLERK, U.S. DIST. COURT
ST. PAUL, MN

April 4, 2005

Clerk
United States District
316 North Robert Street
St. Paul, Minnesota

RE: STEPHENS V. JENSEN-CARTER
CASE FILE 01-CV-633 RHK/AJB

**HAND DELIVERED**

Dear Sir:

Please be advised that Karl A. Oliver is no longer my attorney in the above-referenced matter. Please change your records and the data base to reflect Mr. Oliver's removal. All future communication should be sent to me at the following address:

GEORGINA Y. STEPHENS
875 LAUREL AVENUE
ST. PAUL, MINNESOTA 55104
TELEPHONE 651-222-5515

Your attention to this important matter is appreciated.

Sincerely,

Georgina Y. Stephens

SCANNED
APR 0 4 2005
U.S. DISTRICT COURT ST. PAUL