UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Georgina Y. Stephens, et al., CIVIL 01-633 (RHK/AJB)

Plaintiffs,

vs.

Mary Jo A Jensen-Carter,

Defendant.

------------------------------------------ CIVIL 05-33 (PAM/RLE)

Mary Jo A. Jensen-Carter,

Plaintiff,

vs.

John A. Hedback, et al.,

Defendants.

--------------------------------------------------------------------------------------------

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 05-33 PAM/RLE having been assigned to Judge Paul A. Magnuson, and Case No. 01-633 RHK/AJB having been assigned to Judge Richard H. Kyle, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 01-633 RHK/AJB be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated February 10, 2003.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

Dated: April __4__, 2005

s/Paul A. Magnuson
JUDGE PAUL A. MAGNUSON
United States District Court

Dated: April __4__, 2005

s/ Richard H. Kyle
JUDGE RICHARD H. KYLE
United States District Court