146666
$255.00

RECEIVED
05 APR 18 AM 8:16
CLERK, U.S. DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander, — Case File No. 05-CV-00033 PAM/RLE

Plaintiff,

v.

John A. Hedback, as Trustee of the Bankruptcy Estate Of G. Yvonne Stephens, Larry K. Alexander, G. Yvonne Stephens, and John Doe and Jane Doe,

Defendant(s),

and

Georgina Y. Stephens and Andrew W. Alexander, a minor child, by his mother and natural guardian Georgina Y. Stephens, — Case File No. 01-CV-633 PAM/RLE

Plaintiff;

v.

Mary Jo A. Jensen-Carter,

Defendant

---

## NOTICE OF APPEAL

---

Notice is hereby given that Georgina Yvonne Stephens and Andrew W. Alexander, a minor child, by his mother and natural guardian Georgina Y. Stephens, defendant and plaintiffs respectively, in the above-entitled

SCANNED
APR 18 2005
U.S. DISTRICT COURT MPLS

matters hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order entered April 11, 2005.

Georgina Y. Stephens
Attorney *Pro Se*
875 Laurel Avenue
St. Paul, Minnesota 55104
651-222-5515

Dated: April 18, 2005