UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

April 29, 2005

Ms. Georgina Yvonne Stephens
875 Laurel Avenue
St. Paul, MN 55104

Re: 05-2167 Georgina Y. Stephens vs. Mary Jensen-Carter

Dear Ms. Stephens:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court in the referenced case, together with notification of payment of the $250 docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

This case has been referred to the court, and you will be advised of any action taken by the court as soon as possible. A briefing schedule will be established at a later date, if appropriate.

(5053-010199)

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Valdis A. Silins
Michael J. Iannacone III
John A. Hedback
Larry Kenneth Alexander
G. Yvonne Stephens
Maria Weinbeck, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-633 PAM/RLE
CIV 05-33 PAM/RLE

SCANNED
MAY 2 2005
U.S. DISTRICT COURT MPLS

| | |
|---|---|
| From: | VIA Transmission - Eighth Circuit U.S. Court of Appeals Clerks Office |
| To: | Richard Sletten |
| Date: | April 29, 2005 04:37 PM |
| Pages: | 2 |
| Subject: | Via Notice for case 05-2167 ~05-2167:cyz297146042905P2-3:0 |

---------------------VIA TRANSMISSION----------------------

TO: Richard Sletten

FROM: United States Court of Appeals for the Eighth Circuit

Circuit Clerks Office
111 South 10th Street
Suite 24.329
Saint Louis, MO 63102

Voice: 314-244-2400 Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed. If you are not one of the named recipient(s) or otherwise have a reason to believe that you have received this message in error, please notify the sender at 314-244-2400 and delete/destroy this message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this Fax/E-mail is strictly prohibited.

--------------------------------------------------------------