UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

RECORDS TRANSMITTAL SHEET

**DATE:** May 25, 2005

RE: 05-2167 Georgina Y. Stephens vs. Mary Jensen-Carter

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 4 & 1 ECF vol.and 1 folder Transcript:

Deposition: Sealed:

Exhibits: 3 Folders in 01cv633

Other: 1 Transcript (Expandable) 01cv633

[ ] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-633 PAM/RLE
CIV 05-33 PAM/RLE

jjf

SCANNED
MAY 31 2005
U.S. DISTRICT COURT MPLS