01-633 PAM/RLE

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED BY MAIL
JUL 11 2005
CLERK US DIST COURT MINNEAPOLIS MN

No. 05-2167

Georgina Yvonne Stephens, et al., *
*
Appellants, *
* Appeal from the United States
vs. * District Court for the
* District of Minnesota
Mary Jo A. Jensen-Carter, etc., *
*
Appellee. *
*
[See attached for complete caption]*

**JUDGMENT**

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

(5361-010199)

May 20, 2005

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JUL 11 2005
U.S. DISTRICT COURT MPLS

GEORGINA YVONNE STEPHENS; ANDREW W. ALEXANDER, a minor child, by his mother and natural guardian, Georgina Yvonne Stephens

Plaintiffs - Appellants

v.

MARY JO A. JENSEN-CARTER

Defendant - Appellee

------------------------

MARY JO A. JENSEN-CARTER, Trustee of the Bankruptcy Estate of Larry K. Alexander

Plaintiff - Appellee

v.

JOHN A. HEDBACK, as Trustee of the Bankruptcy Estate of G. Yvonne Stephens; LARRY KENNETH ALEXANDER;

Defendants

G. YVONNE STEPHENS;

Defendant - Appellant

JOHN DOE; JANE DOE

Defendants

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 8, 2005

RECEIVED
BY MAIL
JUL 11 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 05-2167 Georgina Y. Stephens vs. Mary Jensen-Carter

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

srd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Paul A. Magnuson
Georgina Yvonne Stephens
Larry Kenneth Alexander
G. Yvonne Stephens
Michael J. Iannacone III
John A. Hedback

District Court/Agency Case Number(s): CIV 01-633 PAM/RLE